# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JEREMIAH F. MCMILLON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-311 ACL |
| | ) | |
| CINDY GRIFFITH, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

Petitioner moves for leave to proceed in forma pauperis. Upon review of the financial affidavit, the Court has determined that Petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion is granted.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**.

Dated this 2nd day of March, 2017.

_____
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE